IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 07-cv-01361-REB-BNB

JAYSON A. PREBLE,

      Plaintiff,

v.

KEVIN MILYARD, Warden, SCF,
C. SOARES, Associate Warden, SCF,
(NAME UNKNOWN), Health Services Administrator, SCF,
BARRY PARDUS, Assistant Director Clinical Services, DOC,
(NAME UNKNOWN), Chief Medical Officer, DOC.
PAULA J. (LAST NAME UNKNOWN), Physician, SCF,
J.G. FORTUNATO, Physician, SCF,
(NAME UNKNOWN) Psychiatrist, SCF,
J. REVORD, Major, SCF,
DENNY OWENS, Lieutenant, SCF, and
J. GRAY, Health Services, Administrator, KCCC,

      Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 2 1 2007

GREGORY C. LANGHAM
CLERK

---

## ORDER REQUIRING SERVICE BY UNITED STATES MARSHAL

---

Blackburn, J.

      This matter is before the court on the affidavit in support of the motion for leave

to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915.  The

court has granted the plaintiff leave to proceed *in forma pauperis*.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That if appropriate, the Clerk shall attempt to obtain a waiver of service from

each of the defendants;

      2. That if the Clerk is unable to do so, then the United States Marshal shall serve

a copy of the complaint, summons, order granting leave to proceed pursuant to 28

U.S.C. § 1915, and all other orders on each of the defendants; provided, furthermore, that if appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d);

3. That all costs of service shall be advanced by the United States; and

4. That after service of process, any defendant or counsel for any defendant having been served  shall respond to the complaint as provided in the Federal Rules of Civil Procedure.

Dated August 15, 2007, at Denver, Colorado.

BY THE COURT:

s/ Robert E. Blackburn
Robert E. Blackburn
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 07-cv-01361-REB-BNB

Jayson A. Preble
Prisoner No. 95175
Kit Carson Corr. Center
PO Box 2000
Burlington, CO 80807

Kevin Milyard, C. Soares,
Health Services Administrator (Name Unknown), Barry Pardus,
Chief Medical Officer (Name Unknown), Paula J., J.G. Fortuanto,
Psychiatrist (Name Unknown), J. Revord, and Denny Owens, **- WAIVER \***
c/o Cathie Holst
Colorado Department of Corrections
Office of Legal Affairs
**DELIVERED ELECTRONICALLY**

John Suthers, Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

Judy Fuchs
Kit Carson Corr. Center
PO Box 2000
Burlington, CO 80807
**SERVICE DOCUMENTS FOR:  J. Gray**

I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Cathie Holst for service of process on Kevin Milyard, C. Soares, Health Services Administrator (Name Unknown), Barry Pardus, Chief Medical Officer (Name Unknown), Paula J., J.G. Fortuanto, Psychiatrist (Name Unknown), J. Revord, Denny Owens; to Judy Fuchs for service for process on J. Gray; and to John Suthers: COMPLAINT FILED 06/28/07, SUMMONS, WAIVER\*, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE  on 8/21/07  .

GREGORY C. LANGHAM, CLERK

By _____
Deputy Clerk