IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-01361-REB-BNB

JAYSON A. PREBLE,

Plaintiff,

v.

KEVIN MILYARD, Warden, SCF,
C. SOARES, Associate Warden, SCF,
Health Services Administrator, (Name Unknown), SCF,
BARRY PARDUS, Assistant Director of Clinical Services, DOC,
(Name Unknown), Chief Medical Officer, DOC,
PAULA J. (Last Name Unknown), Physician, SCF,
J.G. FORTUNATO, Physician, SCF,
(Name Unknown), Psychiatrist, SCF,
DENNY OWENS, Lieutenant, SCF,
J. REVORD, Major, SCF,
J. GRAY, Health Services Administrator, KCCC,

Defendants.
_____

**ORDER**
_____

This matter is before me on the plaintiff's **Petition to Request Notice of Garnishment** [Doc. #12, filed 8/21/07] (the "Motion"). The Motion is DENIED.

On July 16, 2007, the plaintiff was granted leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 [Doc. #6]. The Order granting leave to proceed under § 1915 states that the plaintiff shall make monthly payments of 20% of the preceding month's income credited to his inmate account or show cause each month why he cannot pay.

The plaintiff requests that the Court order the Colorado Department of Corrections to make his monthly filing fee payments out of his inmate account. Under the specific language of

the Court's Order granting leave to proceed under 28 U.S.C. § 1915, the responsibility for ensuring that monthly filing payments are made, or demonstrating why such a payment cannot be made, remains with the plaintiff.  This is the procedure of the United States District Court for the District of Colorado in all prisoner cases.  Accordingly, the plaintiff must monitor his own financial resources and work within the applicable rules and regulations existing at the facility where he is incarcerated to ensure that his monthly filing fee obligations are met.  Plaintiff must make the required monthly payments or show cause **each** month why he has no assets and no means by which to make the monthly payment.   Failure to comply with this requirement, under § 1915(b)(2), may result in dismissal of this action.

　　　　　IT IS ORDERED that the Motion is DENIED.

　　　　　Dated October 19, 2007.

　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　 s/ Boyd N. Boland
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge